## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 5:19-cv-88-SK | Date | September 26, 2019 |
|---|---|---|---|
| Title | Gwendolyn Walton v. Andrew Saul | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE**

On August 27, 2019, the Court issued an Order Extending Briefing Schedule, instructing Plaintiff to provide her initial portion of the joint stipulation to Defendant by September 10, 2019. (ECF 18). As of the date of this Order, however, Plaintiff has not provided her part of the joint stipulation to Defendant as ordered. (ECF 19).

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE on or before **October 17, 2019**, why this action should not be dismissed for failure to prosecute. Plaintiff may discharge this Order to Show Cause by providing her portion of the joint stipulation to Defendant and filing proof of that submission with the Court by no later than **October 17, 2019**. If Plaintiff's portion of the joint stipulation is provided to Defendant on time, the final Joint Stipulation shall be filed on or before November 26, 2019.

**Failure to comply this order or to file a timely response to it will lead to involuntary dismissal of this action for failure to prosecute**. *See* Fed. R. Civ. P. 41(b); L.R. 41-1.