JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN WALTON,<br>Plaintiff,<br>v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>Defendant. | Case No. 5:19-cv-0088-SK<br><br>**JUDGMENT** |

It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED. Judgment is hereby entered in favor of Defendant.

Date: March 25, 2020

HON. STEVE KIM
U.S. MAGISTRATE JUDGE